John F. HEFNER, Respondent,

v.

Diane M. HEFNER, Appellant.

No. ED 100589.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 15, 2014.

Scott Simpson, St. Charles, MO, for appellant.

Mary Elizabeth Dorsey, St. Charles, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

The wife, Diane Hefner, appeals the judgment of the Circuit Court of St. Charles County denying her motion to quash service, or in the alternative, to dismiss due to insufficient service of process, following entry of the trial court's judgment and decree of dissolution in the action filed by the husband, John Hefner. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 84.16(b)(1).